IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Modeen, Alice

Printed: 8/19/08

Case Number: 05 B 02456
Judge: Wedoff, Eugene R
Filed: 1/26/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: July 24, 2008
Confirmed: March 3, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 16,600.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 11,694.11 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,200.00 |
| Trustee Fee: |  | 798.25 |
| Other Funds: |  | 1,907.64 |
| Totals: | 16,600.00 | 16,600.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Macey & Aleman | Administrative | 2,200.00 | 2,200.00 |
| 2. | Whitewing Financial Group Inc | Unsecured | 3,708.14 | 3,708.14 |
| 3. | Kohl's/Kohl's Dept Stores | Unsecured | 3,316.19 | 3,316.19 |
| 4. | Specialized Management Consultants | Unsecured | 1,512.18 | 1,512.18 |
| 5. | Resurgent Capital Services | Unsecured | 3,157.60 | 3,157.60 |
| 6. | Wells Fargo Bank | Secured |  | No Claim Filed |
| 7. | Exxon | Unsecured |  | No Claim Filed |
| 8. | Wal Mart Stores | Unsecured |  | No Claim Filed |
| 9. | Marshall Field & Company | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 13,894.11 | $ 13,894.11 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4% | 34.58 |
| 3% | 19.26 |
| 5.5% | 216.30 |
| 5% | 43.32 |
| 4.8% | 82.38 |
| 5.4% | 152.95 |
| 6.5% | 249.46 |
|  | _____ |
|  | $ 798.25 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Modeen, Alice | Case Number: 05 B 02456 |
| | Judge: Wedoff, Eugene R |
| Printed: 8/19/08 | Filed: 1/26/05 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                      Marilyn O. Marshall, Trustee, by:

